# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1497

_____

Board of Trustees of the Iron Workers St. Louis District Council Pension Fund Trust; Board of Trustees of the Iron Workers St. Louis District Council Annuity Trust; Board of Trustees of the Iron Workers St. Louis District Council Welfare Plan; Iron Workers Local No. 103 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers; Iron Workers Local No. 321 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers; Iron Workers Local No. 782 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers

Plaintiffs - Appellants

v.

Barnhart Crane & Rigging Co., a Tennessee Corporation

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01049-JMB)

_____

## JUDGMENT

Before COLLOTON, Chief Judge, SHEPHERD, and ERICKSON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the portion of the appeal challenging the award of attorneys' fees is dismissed and the appeal is otherwise affirmed in accordance with the opinion of this Court.

July 13, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
                /s/ Susan E. Bindler