# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1497

Board of Trustees of the Iron Workers St. Louis District Council Pension Fund Trust, et al.

Appellants

v.

Barnhart Crane & Rigging Co., a Tennessee Corporation

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01049-JMB)

---

## REVISED MANDATE

In accordance with the opinion and judgment of July 13, 2026, and the court's order dated August 6, 2026 and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 06, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit